# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 30, 2016

### NO. 03-95-00509-CV

**David Vasquez, Appellant**

**v.**

**Alonso Camara d/b/a Alonso Camara Insurance Agency, Progressive County Mutual Insurance Company, and Bank One, Texas, N.A., Appellees**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on May 5, 1995. Having reviewed the record, the Court holds that David Vasquez has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.